| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Dennis L. Wilson (SBN 155407)<br>dwilson@kilpatricktownsend.com<br>Sophy T. Manes (SBN 287583)<br>smanes@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Telephone: 415 576 0200<br>Facsimile: 415 576 0300 | KILPATRICK TOWNSEND & STOCKTON LLP<br>Charles H. Hooker, III (*Pro Hac Vice*)<br>chooker@kilpatricktownsend.com<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, GA 30309<br>Telephone: 404 815 6500<br>Facsimile: 404 815 6555 |
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Trevor C. Maxim (SBN 317859)<br>tmaxim@kilpatricktownsend.com<br>9720 Wilshire Blvd., PH<br>Beverly Hills, CA 90212<br>Telephone: 310 248 3830<br>Facsimile: 310 860 0363 | KILPATRICK TOWNSEND & STOCKTON LLP<br>Brittany T. Knutson (*Pro Hac Vice*)<br>bknutson@kilpatricktownsend.com<br>607 14th Street, NE, Suite 900<br>Washington, DC 20005<br>Telephone: 202 508 5800<br>Facsimile: 202 508 5858 |

Attorneys for Defendants
JUST, INC. f/k/a HAMPTON CREEK, INC. and
JOSHUA TETRICK

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUST GOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUST, INC. f/k/a HAMPTON CREEK, INC., a Delaware corporation, JOSHUA TETRICK, an individual, and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 3:18-CV-2198-WHO<br><br>**JOINT STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES FOR PLAINTIFF AND COUNTER-DEFENDANT JUST GOODS, INC.'S MOTIONS TO EXCLUDE AND/OR STRIKE THE EXPERT REPORTS AND TESTIMONIES OF JEFFREY A. HANDELMAN AND SUZANNE HARRISON**<br><br>Second Amended<br>Complaint Filed: April 5, 2018 |

Pursuant to Local Rule 6-2, Plaintiff and Counter-Defendant Just Goods, Inc. ("Plaintiff") and Defendant and Counterclaimant Just, Inc. f/k/a Hampton Creek, Inc. ("Defendant") and Defendant Joshua Tetrick (collectively with Defendant, "Defendants," and Defendants collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby jointly stipulate and respectfully request that the Court extend the briefing schedule for motions filed by Plaintiff on May 17, 2019 to exclude and/or strike the expert reports and testimonies of Jeffrey A. Handelman and Suzanne Harrison, without moving the summary judgment briefing schedule, pretrial conference, or trial dates in this case. In support of their request, the Parties state as follows:

WHEREAS, on April 26, 2019, Plaintiff and Defendants each filed motions for summary judgment (ECF 72, 74), and each filed oppositions to the respective motions for summary judgment on May 17, 2019 (ECF 90, 92). Per the Court's Order, the summary judgment reply brief deadline for both parties is June 3, 2019, which shall remain unchanged. ECF 69.

WHEREAS, on May 17, 2019, Plaintiff filed concurrently with its summary judgment opposition: (1) a Motion to Exclude and/or Strike the Expert Report and Testimony of Defendants' Expert Jeffrey A. Handelman (ECF 94), (2) a Motion to Exclude and/or Strike the Expert Report and Testimony of Defendants' Expert Suzanne Harrison (ECF 95) (the "Motions to Exclude"), (3) a Request for Judicial Notice (ECF 90-5), and (4) Objections to Defendants' Purported Evidence of Third-Party Use (ECF 90-6). Defendants relied on Mr. Handelman's and Ms. Harrison's reports in support of their motion for summary judgment

WHEREAS, the Parties agree to extend the opposition and reply briefing schedule for the Motions to Exclude, while maintaining the summary judgment briefing schedule and all other remaining deadlines set forth in the Court's April 12, 2019 Order (ECF 69).

WHEREAS, the need for a brief extension of the briefing deadlines for the Motions to Exclude is necessitated in order to afford the Parties sufficient time to complete summary judgment reply briefs concurrently with briefing on the Motions to Exclude. An extension is further warranted because the briefing for all motions coincides with counsel for both Parties traveling cross-country for a trademark conference, as well as the Memorial Day holiday.

WHEREAS, the Parties stipulate that there is good cause to extend the deadlines set forth below.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel of record, to extend the case deadlines as follows:

| Task | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Opposition to Plaintiff's Motion to Exclude and/or Strike the Report and Testimony of Jeffrey A. Handelman | 5/31/19 | 6/7/19 |
| Opposition to Plaintiff's Motion to Exclude and/or Strike the Report and Testimony of Suzanne Harrison | 5/31/19 | 6/7/19 |
| Reply Brief in Support of Motion to Exclude and/or Strike the Report and Testimony of Jeffrey A. Handelman | 6/7/19 | 6/19/19 |
| Reply Brief in Support of Motion to Exclude and/or Strike the Report and Testimony of Suzanne Harrison | 6/7/19 | 6/19/19 |
| Summary Judgment Reply Briefs | 6/3/19 | 6/3/19 (unchanged) |
| SJ Motions Heard | 6/26/2019 | 6/26/2019 (unchanged) |
| Pretrial Conference | 9/23/2019 | 9/23/2019 (unchanged) |
| Trial | 10/21/2019 | 10/21/2019 (unchanged) |

IT IS SO STIPULATED.

DATED: May 23, 2019      Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/Charles H. Hooker, III*
    CHARLES H. HOOKER III

Attorneys for Defendant and Counterclaimant Just, Inc. f/k/a Hampton Creek, Inc. and Defendant Joshua Tetrick

| | | |
|---|---|---|
| 1 | DATED: May 23, 2019 | Respectfully submitted, |
| 2 | | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 3 | | |
| 4 | | By: */s/ Paul Bost*<br>　　PAUL BOST |
| 5 | | Attorneys for Plaintiff and Counter-Defendant<br>Just Goods, Inc. |
| 6 | | |

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Charles H. Hooker III, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　*/s/Charles H. Hooker, III*
　　　　　　　　　　　　　　　　　　Charles H. Hooker, III

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED **as modified:**

**The hearing on the motions shall be continued from June 26, 2019 to July 10, 2019 at 2:00 p.m. (If the new hearing date is inconvenient, then the current deadlines and hearing date shall remain in effect.)**

Dated: May 24, 2019

_____
William H. Orrick
United States District Judge