CONSTANCE J. YU (SBN 182704)
E-mail: cyu@plylaw.com
PHILIP J. WANG (SBN 218349)
E-mail: pwang@plylaw.com
TRACI M. KEITH (SBN 235828)
E-mail: tkeith@plylaw.com
PUTTERMAN | YU | WANG LLP
345 California Street, Suite 1160
San Francisco CA 94104-2626
Tel:    (415) 839-8779
Fax:    (415) 737-1363

Attorneys for Defendants and Counterclaimants
EAT JUST, INC. (F/K/A JUST, INC.) and
JOSHUA TETRICK

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUST GOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUST, INC., F/K/A/ HAMPTON CREEK, INC., a Delaware corporation, et al.,<br><br>Defendants.<br><br>AND COUNTERCLAIMS. | Case No.  18-cv-02198-WHO<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE DEFENDANTS' COMPLIANCE WITH THE BINDING TERM SHEET AND FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS [DKT. 188]**<br><br>The Honorable Hon. William H. Orrick Presiding<br><br>Hearing Date:    June 14, 2023<br>Hearing Time:    2:00 p.m. |

1  WHEREAS, pursuant to Local Rules 6-2 and 7-12, Plaintiff and Counter-Defendant JUST GOODS, INC. ("Plaintiff"), on the one hand, and Defendants and Counterclaimants EAT JUST, INC. (F/K/A JUST, INC.) and JOSHUA TETRICK (collectively, "Defendants"), on the other hand, agree to modify and extend the parties' deadlines to respond to certain motions.

WHEREAS, on April 12, 2023, Plaintiff filed its Motion to Enforce Defendants' Compliance with the Binding Term Sheet and for an Order to Show Cause Re: Contempt and Sanctions (the "Motion," Dkt. 186) and set hearing on the Motion for June 7, 2023;

WHEREAS, on April 13, 2023, Plaintiff, based on instructions from the Court clerk, refiled the Motion (Dkt. 188) to correct certain typographical errors;

WHEREAS, the current deadline for Defendants to respond to the Motion is April 27, 2023, and the current reply deadline for Plaintiff is May 4, 2023; and

WHEREAS, Dkt. 188 is meant to replace Dkt. 186.

THEREFORE, due to the unavailability of counsel to prepare their respective briefs according to the currently scheduled deadlines, and to avoid confusion, the parties stipulate: (i) that Defendants need not respond to Dkt. 186; and (ii) to the following briefing schedule pertaining to the Motion (Dkt.188):

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendants' Response | 4/27/2023 | **5/11/2023** |
| Plaintiff's Reply | 5/4/2023 | **5/25/2023** |
| Hearing | 6/7/2023 | **6/14/2023** |

Plaintiff and Defendants hereby request that the Court grant this stipulation extending the deadlines as set forth above:

**IT IS SO STIPULATED**

DATED: April 22, 2023                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: */s/ Paul Bost*
   PAUL BOST
   Attorneys Plaintiff and Counter-Defendant
   JUST GOODS, INC.

DATED: April 22, 2023                    PUTTERMAN | YU | WANG LLP

By: */s/ Philip J. Wang*_____
    Philip J. Wang
    Attorneys for Defendants and Counterclaimants
    EAT JUST, INC. (F/K/A JUST, INC.) and
    JOSHUA TETRICK

**ATTESTATION**

I, Philip J. Wang, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE [DKT. 186] AND MOTION FOR SANCTIONS [DKT. 188] and hereby attest that all of the signatories have concurred in the filing of this document

DATED: April 22, 2023                    PUTTERMAN | YU | WANG LLP

By: */s/ Philip J. Wang*_____
    Philip J. Wang
    Attorneys for Defendants and Counterclaimants
    JUST, INC. and JOSHUA TETRICK

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  __April 22, 2023                 _____
                                         HON. WILLIAM H. ORRICK
                                         United States Judge