1  CONSTANCE J. YU (SBN 182704)
   E-mail: *cyu@plylaw.com*
2  PHILIP J. WANG (SBN 218349)
   E-mail: *pwang@plylaw.com*
3  TRACI M. KEITH (SBN 235828)
   E-mail: *tkeith@plylaw.com*
4  PUTTERMAN | YU | WANG LLP
5  345 California Street, Suite 1160
   San Francisco CA 94104-2626
6  Tel:       (415) 839-8779
7  Fax:       (415) 737-1363

8  Attorneys for Defendants and Counterclaimants
   EAT JUST, INC. and JOSHUA TETRICK
9

10                 **UNITED STATES DISTRICT COURT**

11             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| JUST GOODS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUST, INC., F/K/A/ HAMPTON CREEK, INC., a Delaware corporation, et al.,<br><br>Defendants.<br><br>AND COUNTERCLAIMS. | Case No.  18-cv-02198-WHO<br><br>**STIPULATION TO FURTHER EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE DEFENDANTS' COMPLIANCE WITH THE BINDING TERM SHEET AND FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS [DKT. 188]**<br><br>The Honorable Hon. William H. Orrick<br><br>Current Hearing Date: June 14, 2023<br>Hearing Time: 2 p.m. |

1    WHEREAS, pursuant to Local Rules 6-2 and 7-12, Plaintiff and Counter-Defendant JUST GOODS, INC. ("Plaintiff"), on the one hand, and Defendants and Counterclaimants EAT JUST, INC. and JOSHUA TETRICK (collectively, "Defendants"), on the other hand, agree to further modify and extend the parties' deadlines to respond to a certain motion.

WHEREAS, on April 12, 2023, Plaintiff filed its Motion to Enforce Defendants' Compliance with the Binding Term Sheet and for an Order to Show Cause Re: Contempt and Sanctions (Dkt. 186) (the "Motion") and set hearing on the Motion for June 7, 2023;

WHEREAS, on April 13, 2023, Plaintiff, based on instructions from the Court clerk, refiled the Motion (Dkt. 188) to correct certain typographical errors;

WHEREAS, Dkt. 188 is meant to replace Dkt. 186, and the Parties previously stipulated that Defendants need not respond to Dkt. 186.

WHEREAS, the initial deadline for Defendants to respond to the Motion was April 27, 2023, and the initial reply deadline for Plaintiff is May 4, 2023;

WHEREAS, due to the unavailability of counsel to prepare their respective briefs according to the currently scheduled deadlines, the parties previously stipulated, and the Court entered an Order, to extend Defendants' deadline to respond to the Motion to June 11, 2023 and Plaintiff's deadline to reply to June 25, 2023;

WHEREAS, the Court's Order also continued the hearing on the Motion from June 7, 2023 to June 14, 2023 (Dkt. 193);

WHEREAS, counsel for Defendants primarily responsible for responding to the Motion has suffered a sudden death in the family and needs to take care of funeral and burial arrangements;

THEREFORE, the parties have agreed to allow Defendants additional time to respond to the Motion and stipulate to the following briefing schedule pertaining to the Motion (Dkt. 188):

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Defendants' Response | 5/11/2023 | **5/25/2023** |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Reply | 5/25/2023 | **6/8/2023** |
| Hearing | 6/14/2023 | **6/21/2023** |

Plaintiff and Defendants hereby request that the Court grant this stipulation extending the deadlines as set forth above:

**IT IS SO STIPULATED.**

DATED: May 11, 2023                              SHEPPARD MULLIN RICHTER & HAMPTON LLP


By: */s/ Paul Bost*
    Paul Bost
Attorneys Plaintiff and Counter-Defendant
JUST GOODS, INC.

DATED: May 11, 2023                              PUTTERMAN | YU | WANG LLP


By: */s/ Philip J. Wang*
    Philip J. Wang
Attorneys for Defendants and Counterclaimants
JUST, INC. and JOSHUA TETRICK

**ATTESTATION**

I, Philip J. Wang, am the ECF user whose ID and password are being used to file this STIPULATION TO FURTHER EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION **TO ENFORCE DEFENDANTS' COMPLIANCE WITH THE BINDING TERM SHEET** AND FOR AN ORDER TO SHOW CAUSE AND MOTION FOR SANCTIONS [DKT. 188] and hereby attest that all of the signatories have concurred in the filing of this document.

DATED: May 11, 2023                              PUTTERMAN | YU | WANG LLP


By: */s/ Philip J. Wang*
    Philip J. Wang
Attorneys for Defendants and Counterclaimants
JUST, INC. and JOSHUA TETRICK

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3  Dated:  May 11, 2023

_____
HON. WILLIAM H. ORRICK
United States Judge